MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

HOGAN LOVELLS US LLP
TOM BOER (SBN 199563)
*tom.boer@hoganlovells.com*
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant
3M Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Orange County Water District, City of Anaheim, East Orange County Water District, City of Fullerton, City of Garden Grove, Irvine Ranch Water District, City of Orange, City of Santa Ana, Serrano Water District, City of Tustin, and Yorba Linda Water District,<br><br>Plaintiffs,<br><br>vs.<br><br>3M Company, E.I. Du Pont De Nemours & Company, The Chemours Company, Corteva, Inc., DuPont de Nemours, Inc., Decra Roofing Systems, Inc., and Doe Defendants 1-100 inclusive,<br><br>Defendants. | Case No. 8:21-cv-01029<br><br>**DECLARATION OF DANIEL QUEEN IN SUPPORT OF DEFENDANT 3M COMPANY'S NOTICE OF REMOVAL** |

# DECLARATION OF DANIEL QUEEN

1. I am an attorney duly admitted to practice before this Court and all courts in the State of California. I am a partner at Mayer Brown LLP, attorneys of record for Defendant 3M Company ("3M"). I submit this declaration in support of 3M's Notice of Removal.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in the above-captioned action that was filed on December 1, 2020, in the Superior Court of the State of California for the County of Orange.

3. Attached hereto as Exhibit 2 is a true and correct copy of the proof of service of the summons upon 3M that was filed in the above-captioned action on December 15, 2020, in the Superior Court of the State of California for the County of Orange.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Second Amended Complaint in the above-captioned action that was filed on May 19, 2021, in the Superior Court of the State of California for the County of Orange.

5. Attached hereto as Exhibit 4 are true and correct copies of all papers that were filed on the docket for the above-captioned action (prior to its removal) in the Superior Court of the State of California for the County of Orange.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Naval Facilities Engineering Command (NAVFAC) PowerPoint entitled *Per- and Polyfluoroalkyl Substances Update: Former Marine Corps Air Station Tustin, Tustin, California*, dated October 8, 2020, which is available online at https://www.bracpmo.navy.mil/content/dam/bracpmo/california/former_marine_corps_air_station_tustin/pdfs/meetings/TU_20201008_Final_PFAS_Update.pdf.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Naval Facilities Engineering Command (NAVFAC) PowerPoint entitled *Per- and Polyfluoroalkyl Substances Update: Former Marine Corps Air Station El Toro, Irvine, California*, dated March 17, 2021, which is available online at

1  https://www.bracpmo.navy.mil/content/dam/bracpmo/california/former_marine_corps_air_station_el_toro/pdfs/restoration_advisory_board/2021-rab-meeting-material/ET_20210317_PFAS_Presentation.pdf.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by David S. Cloud, Anna M. Phillips, and Tony Barboza that was published in the Los Angeles Times on October 8, 2020, entitled *Firefighting foam leaves toxic legacy in Californians' drinking water*.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Naval Facilities Engineering Command (NAVFAC) PowerPoint entitled *Per- and Polyfluoroalkyl Substances Update: Former Marine Corps Air Station El Toro, Irvine, California*, dated September 9, 2020, which is available online at https://www.bracpmo.navy.mil/content/dam/bracpmo/california/former_marine_corps_air_station_el_toro/pdfs/restoration_advisory_board/2020-rab-meeting-material/ET_090920_RAB_Mtg_PFAS_slides.pdf.

10. Attached hereto as Exhibit 9 is a true and correct copy of a "PFAS Update" released by the Orange County Water District, dated March 2021, and available online at https://www.ocwd.com/what-we-do/water-quality/pfoapfos/pfas-updates/.

11. Attached hereto as Exhibit 10 is a true and correct copy of a "PFAS Update" released by the Orange County Water District, dated March 26, 2020, and available online at https://www.ocwd.com/what-we-do/water-quality/pfoapfos/pfas-updates/.

12. Attached hereto as Exhibit 11 is a true and correct copy of an Orange County Water District PowerPoint entitled *PFAS in the Orange County Groundwater Basin: Occurrence, Regulation, and Impacts on Local Water Supply*, dated June 17, 2020, and available online at https://www.ocwater.org/resources/Documents/Luncheon%20Presentations/06-2020%20PFAS%20in%20OC%20Groundwater.pdf.

13. Attached hereto as Exhibit 12 is a true and correct copy of an Orange County Water District PowerPoint entitled *PFAS Treatment for Municipal Water Supply: Strategy and Pilot Testing to Restore Groundwater in Orange County, California*, which is dated Apr. 29, 2020, and available online at https://www.grac.org/media/files/files/2e3f1362/presentation-meganplumlee.pdf.

14. Attached hereto as Exhibit 13 is a true and correct copy of an Orange County Water District PowerPoint entitled *PFAS Monitoring in Orange County & Upper Santa Ana River Watershed*, dated May 2, 2019, and available online at https://www.cbwm.org/docs/othermeetings/2019%2005%2002%20-%20Chino%20Basin%20Water%20Quality%20Colloquium/Presentation/3.2%20PFAS%20monitoring%20in%20OC%20and%20the%20USARW_Patrick%20Versluis.pdf.

15. Attached hereto as Exhibit 14 is a true and correct copy of California State Water Resources Control Board, Division of Drinking Water, Order DW 2021-0001-DDW, General Order Requiring Monitoring for Per And Polyfluoroalkyl Substances, which is dated February 16, 2021, and available online at https://www.waterboards.ca.gov/board_decisions/adopted_orders/drinking_water/2021/pfas_go_2021_0001_ddw/pfas_go_2021-0001-ddw.pdf.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document entitled *Exhibit A – List of Sources Subject to General Order No. DW 2021-001-DDW (For DDW Section 5)*, which is available online at https://www.waterboards.ca.gov/board_decisions/adopted_orders/drinking_water/2021/pfas_go_2021_0001_ddw/a5.pdf.

17. Attached hereto as Exhibit 16 is a true and correct copy of the template for a form letter from the California State Water Resources Control Board, dated February 16, 2021, which is available online at https://www.waterboards.ca.gov/board_decisions/adopted_orders/drinking_water/2021/pfas_go_2021_0001_ddw/pfas_go_2021-0001-ddw_cl.pdf.

18. Attached hereto as Exhibit 17 is a true and correct copy of an article by Edward G. Fleming entitled *Dam as Defense*, which was published in Fire Engineering on April 1, 1988.

19. Exhibit numbers and page numbers have been added to the above documents pursuant to Local Rules 11-5.2 and 11-5.3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of June 2021, in Boston, Massachusetts.

*/s/ Daniel D. Queen*
Daniel D. Queen