MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

HOGAN LOVELLS US LLP
TOM BOER (SBN 199563)
*tom.boer@hoganlovells.com*
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant
3M Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| Orange County Water District, City of Anaheim, East Orange County Water District, City of Fullerton, City of Garden Grove, Irvine Ranch Water District, City of Orange, City of Santa Ana, Serrano Water District, City of Tustin, and Yorba Linda Water District,<br><br>              Plaintiffs,<br><br>     vs.<br><br>3M Company, E.I. Du Pont De Nemours & Company, The Chemours Company, Corteva, Inc., DuPont de Nemours, Inc., Decra Roofing Systems, Inc., and Doe Defendants 1-100 inclusive,<br><br>              Defendants. | Case No. 8:21-cv-01029<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Jenny Lee, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On June 11, 2021, I served a copy of the within document(s):

**NOTICE OF REMOVAL;**

**DECLARATION OF DANIEL QUEEN IN SUPPORT OF DEFENDANT 3M'S NOTICE OF REMOVAL;**

**CIVIL COVER SHEET;**

**NOTICE OF RELATED CASES (L.R. 83-1.3.1);**

**DEFENDANT 3M COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

| | |
|---|---|
| ☒ | by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery to the addresses set forth below. |
| ☒ | by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

| | |
|---|---|
| Alexander I. Leff<br>Kenneth A. Sansone<br>Seth D. Mansergh<br>SL Environmental Law Group, PC<br>175 Chestnut Street<br>San Francisco, CA 94133<br>Tel: (415) 348-8300<br>Fax: (415) 348-8333<br>aleff@slenvironment.com<br>ksansone@slenvironment.com<br>smansergh@slenvironment.com<br>*Attorneys for Plaintiffs* | Daniel S. Robinson<br>Michael W. Olsen<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>Fax: (949) 720-1292<br>drobinson@robinsonfirm.com<br>molson@robinsonfirm.com<br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| Andrew W. Homer<br>Kelley Drye & Warren LLP<br>7825 Fay Avenue, Suite 200<br>La Jolla, CA 92037<br>Tel: (858) 795-0426<br>ahomer@kelleydrye.com<br>*Attorneys for Plaintiffs* | Gregory R. Jones<br>Kevin Kim<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Tel: (310) 277-4110<br>Fax: (310) 277-4730<br>gjones@mwe.com<br>kevinkim@mwe.com<br>*Attorneys for Defendant Decra Roofing Systems, Inc.* |
| Christopher M. Murphy<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>cmurphy@mwe.com<br>Tel: (312) 372-2000<br>Fax: (312) 984-7700<br>*Attorneys for Defendant Decra Roofing Systems, Inc.* | Jacob Hollinger<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922<br>jhollinger@mwe.com<br>Tel: (212) 547-5400<br>Fax: (212) 547-5444<br>*Attorneys for Defendant Decra Roofing Systems, Inc.* |
| Andrew T. Mortl<br>Adam M. Rapp<br>Glynn & Finley LLP<br>100 Pringle Ave #500<br>Walnut Creek, CA 94596<br>Tel: (925) 210-2800<br>Fax: (925) 945-1975<br>amortl@glynnfinley.com<br>arapp@glynnfinley.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company and The Chemours Company (as to all claims except COA 14-17)* | Lanny S. Kurzweil<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>Tel: (973) 622-4444<br>Fax: (973) 624-7070<br>lkurzweil@mccarter.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company and The Chemours Company (as to all claims except COA 14-17)* |

| | |
|---|---|
| John J. McAleese III<br>McCarter & English LLP<br>1600 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel: (215) 979-3800<br>Fax: (215) 979-3899<br>jmcaleese@mccarter.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company and The Chemours Company (as to all claims except COA 14-17)* | Katherine L.I. Hacker<br>John S. Phillips<br>Bartlit Beck LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Tel: (303) 592-3100<br>Fax: (303) 592-3140<br>kat.hacker@bartlitbeck.com<br>john.phillips@bartlitbeck.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company (as to COA 14-17) and Dupont de Nemours, Inc.* |
| Katharine A. Roin<br>Bartlit Beck LLP<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440<br>kate.roin@bartlitbeck.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company (as to COA 14-17) and Dupont de Nemours, Inc.* | Paul D. Murphy<br>Murphy Rosen LLP<br>100 Wilshire Blvd., Suite 1300<br>Santa Monica, CA 90401<br>Tel: (310) 899-3300<br>Fax: (310) 399-7201<br>pmurphy@murphyrosen.com<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company*<br>*Attorneys for Defendants E.I. Du Pont De Nemours and Company (as to COA 14-17) and Dupont de Nemours, Inc., Corteva, Inc., and Dupont de Nemours, Inc.* |
| E. Alex Beroukhim<br>Arnold & Porter Kaye Scholer LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA  90017-5844<br>Tel: (213) 243-4000<br>Fax: (213) 243-4199<br>alex.beroukhim@arnoldporter.com<br>*Attorneys for Defendant The Chemours Company (as to COA 14-15)* | |

1

2   I declare under penalty of perjury under the laws of the United States of
3   America that the above is true and correct.
4   Executed on June 11, 2021, at Los Angeles, California.

5

6                                              _____
7                                                      Jenny Lee