**MCDERMOTT WILL & EMERY LLP**
Kevin K. Kim (SBN 330635)
kevinkim@mwe.com
Irene Y. Le (SBN 325503)
ile@mwe.com
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Defendant
DECRA ROOFING SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Orange County Water District, City of Anaheim, East Orange County Water District, City of Fullerton, City of Garden Grove, Irvine Ranch Water District, City of Orange, City of Santa Ana, Serrano Water District, City of Tustin, and Yorba Linda Water District,<br><br>Plaintiffs,<br><br>v.<br><br>3M Company, E.I. Du Pont De Nemours & Company, The Chemours Company, Corteva, Inc., DuPont de Nemours, Inc., Decra Roofing Systems, Inc., and Doe Defendants 1-100 inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-1029<br><br>**PLAINTIFF DECRA ROOFING SYSTEMS, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |

Defendant DECRA Roofing Systems, Inc. ("DECRA") respectfully asks the Court to extend by 21 days DECRA's deadline to answer, move to dismiss or otherwise respond to Plaintiffs' Second Amended Complaint ("SAC").  The requested extension would move the deadline from Friday, June 18, 2021 to Friday,

DM_US 180678357-4.085063.0021                                                          (No. 8:21-CV-1029)

July 9, 2021.  DECRA has conferred with Plaintiffs' counsel and Plaintiffs do not oppose the requested extension.

This case concerns alleged groundwater contamination in Orange County, California. The Plaintiffs filed their initial complaint in Orange County Superior Court on December 1, 2020, and filed a First Amended Complaint ("FAC") in February 2021.  DECRA filed a demurrer to the FAC on March 9, 2021.  The Court sustained that demurrer on April 16, 2021, granting leave to amend as to most but not all of the Plaintiffs' DECRA-related causes of action.  The Plaintiffs filed their second amended complaint, the SAC, on May 20, 2021.  On June 1, 2021, DECRA filed a demurrer to the SAC and also moved to strike the SAC as untimely.  That combined demurrer/motion-to-strike was pending when Defendant 3M Company filed its notice of removal on June 11, 2021.

Pursuant to Federal Rule of Civil Procedure 81(c), DECRA has only seven days from the date of removal to refile its state court demurrer in this Court as a Federal Rule 12(b)(6) motion to dismiss.  To allow adequate time to prepare that Rule 12(b)(6) motion, DECRA respectfully requests a 21 day extension from the current June 18, 2021 deadline.  The extension may also allow the parties time to reach agreement on other scheduling issues.  Finally, DECRA has met-and-conferred with Plaintiffs' counsel and Plaintiffs' counsel has indicated that Plaintiffs do not oppose the requested 21-day extension.

For those reasons, DECRA respectfully requests that the Court extend DECRA's deadline to answer, move to dismiss or otherwise respond to the SAC by 21 days until July 9, 2021.

…

| | | |
|---|---|---|
| 1 | Dated: June 15, 2021 | **MCDERMOTT WILL & EMERY LLP** |
| 2 | | |
| 3 | | By:  /s/ Irene Y. Le |
| 4 | | Irene Y. Le |
| 5 | | Attorneys for Defendant DECRA ROOFING SYSTEMS, INC. |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES